Bank of New York and Trust Company, Respondent,
v. Atterbury Brothers, Inc., Appellant.

(Argued March 19, 1930; decided April 8, 1930.)

*Louis O. Van Doren, J. A. Stevenson, Jr.,* and *William W. Lancaster* for appellant.

*Karl T. Frederick* and *John Schubert* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Cardozo, Ch. J., Pound, Lehman, Kellogg, O'Brien and Hubbs, JJ.; Crane, J., dissents as to the bill of lading dated April 29, 1926.